HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
ANN C. M^cCLINTOCK, Bar No. 141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Movant
BRIAN VIDRINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>BRIAN VIDRINE,<br><br>Defendant-Movant. | Case No. 2:95-cr-482-KJM-~~CKD~~ AC<br><br>STIPULATED BRIEFING SCHEDULE AND ~~PROPOSED~~ ORDER<br><br>Judge: Hon. Allison Claire |

Movant BRIAN VIDRINE, by and through his appointed counsel, filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 pursuant to *Johnson v. United States*, *nunc pro tunc* on June 21, 2016. See Docket entry no. 277. On February 22, 2016, this matter was reassigned to the Honorable Kimberley J. Mueller. Docket entry no. 275. On the same day the case was referred the Magistrate Judge Allison Claire for review. Docket entry no. 278. To date, no briefing schedule has issued.

Mr. Vidrine wishes to accelerate the disposition of this case. The government does not object to an accelerated schedule.

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Ross K. Naughton, Assistant United States Attorney, attorneys for Respondent, and Heather Williams, Federal Defender, through Assistant Federal Defender, Ann C. M^cClintock, attorneys for Brian Vidrine, that the briefing schedule be set to allow the

government to file and serve its answer within 60 days, and for Movant to file a traverse, if any, within 30 days thereafter.

DATED: April 27, 2017

Respectfully,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender

Attorney for Defendant-Movant
BRIAN VIDRINE

DATED: April 28, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Ross K. Naughton*
ROSS K. NAUGHTON
Assistant U.S. Attorney

Attorney for Plaintiff-Respondent

2

Stipulated Briefing Schedule and Order                                    U.S. v. Vidrine, 2:95-cr-482-KJM-AC

# **ORDER**

The parties' stipulation is accepted. The government shall file a response to Movant Vidrine's June 21, 2016, Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 pursuant to *Johnson v. United States,* Docket entry no. 277, no later than 60 days from the effective date of this order. Movant shall file a traverse or reply, if any, no later than 30 days after service of the government's response.

Dated: April 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE