PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:95-CR-00482-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION; ORDER |
| v. | |
| BRIAN VIDRINE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On January 2, 2024, the Defendant filed a motion for reduction in sentence. Docket No. 298. The Government's response was due March 11, 2024. Docket No. 299.

2. Counsel for the Government requests additional time to obtain the original case file, review documents received from BOP and draft a proper response to the Defendant's motion. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for compassionate release as follows:

    a) The Government's response to the Defendant's motion for compassionate release is to be filed on or before May 13, 2024;

   b) The Defendant's reply to the Government's response to be filed on or before June 17, 2024.

IT IS SO STIPULATED.

Dated:  March 12, 2024           PHILLIP A. TALBERT
                     United States Attorney

                     /s/ ROBERT C. ABENDROTH
                     ROBERT C. ABENDROTH
                     Assistant United States Attorney

Dated: March 12, 2024           HEATHER E. WILLIAMS
                     Federal Defender

                     /s/ ANN C. McCLINTOCK
                     ANN C. McCLINTOCK
                     Assistant Federal Defender
                     Attorneys for Defendant
                     BRIAN VIDRINE

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

   a) The Government's response to the Defendant's motion, (Docket No. 298), is now due on or before May 13, 2024;

   b) The Defendant's reply to the Government's response, if any, is due on or before June 17, 2024.

IT IS SO FOUND AND ORDERED this 26th day of March, 2024.

                     CHIEF UNITED STATES DISTRICT JUDGE